LYLE C. CAVIN, JR., SBN 44958
ALFRED G. JOHNSON, SBN 38790
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
(510) 444-2501

Attorneys for Plaintiff
RONALD FAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FAGUE, | Case No. C 05-02812 MMC |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| MATSON NAVIGATION COMPANY, and DOES ONE through TEN, Inclusive, | |
| Defendants. / | |

This case having been fully compromised and settled, the parties hereby stipulate pursuant to F. R. C. P. Rule 41(a)(1) and request the Court to order that this action be dismissed with prejudice, each party to bear its own costs.

Dated:  September 12, 2005        LAW OFFICES OF LYLE C. CAVIN, JR.


By:   /s/
         Alfred G. Johnson
         Attorneys for Plaintiff
         Ronald Fague

Dated:  September 12, 2005          THE PAETZOLD LAW FIRM


                                    By____/s/_____
                                          Raymond M. Paetzold
                                          Attorneys for Defendant
                                          Matson Navigation Company


IT IS SO ORDERED.


Dated:  September 16, 2005          _____
                                          Maxine M. Chesney
                                          United States District Judge

_____
Stipulation and Order of Dismissal of Action with Prejudice (Case No. C 05-02812 MMC)